Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff
Christopher Marx

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER MARX,<br><br>       Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>       Defendant. | Case No.: 3:17-cv-00985-WQH-AGS<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher Marx ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Capital One"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with Prejudice within the next forty-five (45) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

///

///

1    DATED this 28th day of June 2017

PRICE LAW GROUP, APC

By:  /s/ Stuart Price
Stuart Price, Esq.
stuart@pricelawgroup.com
Attorneys for Plaintiff Christopher Marx

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Copies of the foregoing have been provided to via email to counsel for Citibank, N.A.

Erin L. Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

/s/ Sandra Padilla