Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff
Christopher Marx

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER MARX,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | Case No.: 3:17-cv-00985-WQH-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to F.R.C.P. 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christopher Marx by and through his undersigned attorneys, hereby voluntarily dismisses Defendant Capital One Bank, (USA), N.A.. with prejudice from this action in its entirety, with each party to bear their own costs and attorneys' fees.

DATED: July 26, 2017

                                                **PRICE LAW GROUP, APC**

                                                By:  /s/ Stuart Price
                                                Stuart Price, Esq.
                                                stuart@pricelawgroup.com
                                                Attorneys for Plaintiff Christopher Marx

NOTICE OFVOLUNTARY DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter. Notice of this filing will be sent to all parties by operation of the court's electronic filing system. Copies of the foregoing have been provided to via email to counsel for Citibank, N.A.

DOLL AMIR & ELEY LLP
HUNTER R. ELEY
heley@dollamir.com
CONNIE Y. TCHENG
ctcheng@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067

/s/ Maria Marsceill